1   RENE L. VALLADARES
    Federal Public Defender
2   State Bar No. 11479
    RAQUEL LAZO
3   Assistant Federal Public Defender
    State Bar No. 8540
4   411 E. Bonneville Avenue, Suite 250
    Las Vegas, Nevada 89101
5   (702) 388-6577/Phone
    (702) 388-6261/Fax
6

7   Attorneys for Enrique Murillo-Zarate

8

9                       UNITED STATES DISTRICT COURT

10                          DISTRICT OF NEVADA

11  UNITED STATES OF AMERICA,                   2:14-cr-062-HDM-GWF
                                                ORDER  GRANTING
12              Plaintiff,                       **STIPULATION TO CONTINUE**
                                                **SENTENCING HEARING**
13  vs.
                                                (Second Request)
14  ENRIQUE MURILLO-ZARATE,

15              Defendant.

16

17          IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United

18  States Attorney, and Robert A. Bork, Assistant United States Attorney, counsel for the United States

19  of America, and Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant

20  Federal Public Defender, counsel for ENRIQUE MURILLO-ZARATE, that the sentencing hearing

21  currently scheduled for Wednesday, July 22, 2015 at the hour of 2:45 p.m., be vacated and set to a

22  date and time convenient to this Court but no earlier than three (3) weeks.

23          This Stipulation is entered into for the following reasons:

24          1.      Undersigned counsel will be in trial in United States v. Warras, District Court Case

25  No. 2:13-cr-439-LDG-VCF.  This case has a firm trial date and was recently reassigned to Judge

26  Jones for purposes of commencing the trial on the current setting. See Order (CR130). It is expected

27  to last approximately two (2) weeks.

28  / / /

                                           1

1        2.     Mr. Murillo agrees with the requested continuance.  He further understands that this

2    court has limited calendar availability in Las Vegas and is in full agreement with the continuance

3    even if it rescheduled beyond the requested three (3) weeks.

4        3.     This is the second stipulation to continue filed herein.

5        DATED this 15th day of June, 2015.

6

7    RENE L. VALLADARES                 DANIEL BOGDEN
    Federal Public Defender              United States of Attorney

8

                                        /s/ Robert A. Bork

9    By: _____    By: _____
    RAQUEL LAZO,                    ROBERT A. BORK,

10   Assistant Federal Public Defender     Assistant United States Attorney

11

12   By: _____
    ENRIQUE MURILLO-ZARATE,

13   Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

UNITED STATES DISTRICT COURT

2

DISTRICT OF NEVADA

3

UNITED STATES OF AMERICA,                    2:14-cr-062-HDM-GWF

4

Plaintiff,                          **ORDER**

5

vs.

6

ENRIQUE MURILLO-ZARATE,

7

8

Defendant.

9

**ORDER**

good

10

Based on the pending Stipulation of counsel, and ~~and~~ cause appearing,

11

IT IS ~~FURTHER~~ ORDERED that the sentencing hearing currently scheduled for Wednesday,
at 2:45 p.m.

12

July 22, 2015, be vacated and continued to ___Tuesday, 8/18/15___ at the hour of __8:30__ a__.m.

IT IS SO ORDERD.

13

DATED this 25th day of June, 2015.          in LV Courtroom (tbd)
before Judge Howard D. McKibben.

14

15

_Howard D McKibben_

16

UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28