RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
State Bar No. 8540
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Enrique Murillo-Zarate

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:14-cr-062-HDM-GWF |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | (Third Request) |
| ENRIQUE MURILLO-ZARATE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Robert A. Bork, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for ENRIQUE MURILLO-ZARATE, that the sentencing hearing currently scheduled for Tuesday, August 18, 2015 at the hour of 8:30 a.m., be vacated and set to a date and time convenient to this Court but no earlier than two (2) weeks.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel is scheduled for surgery on August 14, 2015 and is expected to be on medical leave approximately two (2) weeks.

2. Mr. Murillo agrees with the requested continuance. He further understands that this court has limited calendar availability in Las Vegas and is in full agreement with the continuance even if it reschedules beyond the requested two weeks.

1

3. This is the third stipulation to continue filed herein.

DATED this 22nd day of July, 2015.

RENE L. VALLADARES  
Federal Public Defender

By: _____  
RAQUEL LAZO  
Assistant Federal Public Defender

By: _____  
ENRIQUE MURILLO-ZARATE,  
Defendant

DANIEL BOGDEN  
United States of Attorney

/s/ Robert Bork  
By: _____  
ROBERT A. BORK,  
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENRIQUE MURILLO-ZARATE,<br><br>Defendant. | 2:14-cr-062-HDM-GWF<br><br>**ORDER** |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, August 18, 2015, at 8:30 a.m. be vacated and continued to October 6, 2015 at the hour of 8:15 a.m. in LV Courtroom (tbd) before Judge Howard D. McKibben. IT IS SO ORDERED.

DATED this 28th day of July, 2015.

*Howard D. McKibben*

UNITED STATES DISTRICT JUDGE

3