**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>            Plaintiff,         )<br>                               )<br> vs.                           )<br>                               )<br> ENRIQUE MURILLO ZARATE,        )<br>                               )<br>            Defendant.         )<br> _____) | 2:14-cr-00062-HDM-GWF<br>2:17-cv-01846-HDM<br><br>ORDER |

The government shall file a response to the defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 54) on or before September 22, 2017.

IT IS SO ORDERED.

DATED: This 24th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE